

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2019

No. 04-19-00507-CV

Patricio **HERNANDEZ** d/b/a/ Grande Garbage Collection Company,
Appellant

v.

**COUNTY OF ZAPATA**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 9,929
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, we set Appellant's brief due on December 9, 2019. On the due date, Appellant filed an unopposed second motion for extension of time to file the brief until December 23, 2019.

Appellant's motion is GRANTED. Appellant's brief is due on December 23, 2019. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2019.

_____
Michael A. Cruz,
Clerk of Court